UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

UNITED STATES OF AMERICA
upon the relation and for the use of the
TENNESSEE VALLEY AUTHORITY,
Plaintiff,

v.  No. 4:18-cv-00011-MPM-JMV

EASEMENTS AND RIGHTS-OF-WAY
OVER A TOTAL OF 0.08 ACRE OF LAND,
MORE OR LESS, IN ATTALA COUNTY,
MISSISSIPPI, and
RICKY D. HENDERSON,
THE CITIZENS BANK OF PHILADELPHIA,
ROBERT THOMAS, Trustee,
Defendants.

## AMENDED ORDER REGARDING PROCEDURE FOR DISBURSEMENT OF DEPOSITED FUNDS AND ADMINSTRATIVE TERMINATION OF THE CASE[1]

This matter is before the Court upon Plaintiff's Motion to Establish Procedure for Disbursement of Deposited Funds and Administrative Termination of the Case (Doc. 20), in which Plaintiff seeks an order establishing a procedure for disbursement of deposited funds in satisfaction of the Judgment and administrative termination of the case. The Court finds the motion well taken, and it is ORDERED

    1.    The Procedure for payment of compensation and disbursement of deposited funds is as follows:

---

[1] This order amends and supersedes the Court's Order Regarding Procedure for Disbursement of Deposited Funds and Administrative Termination of the Case (ECF Docket # 21), entered September 19, 2024.

PROCEDURE FOR PAYMENT OF COMPENSATION AND DISURSEMENT OF DEPOSITED FUNDS

I. CLAIMANT REQUESTS FOR OBTAINING DISBURSEMENT.

Claimants, including any named or unnamed person who claims interest in the deposited funds and interest accrued thereon, may apply to the Court for distribution of the award in accordance with their respective ownership interests.

Claimants may apply for a distribution of the award by sending a written request to the

>   Clerk of Court
>   Federal Building Room 369
>   911 Jackson Avenue East
>   Oxford, MS 38655.

The Clerk shall docket each written request electronically. The request should include:

- The applicant's name, address, and email address (if any).
- The necessary tax-identification information.
- The applicant's claimed interest in the property and the basis for that claim.
- Proof of the applicant's interest in the property.

Requests must be postmarked by January 10, 2025. Any questions regarding the process should be directed to the Clerk's office via telephone ((662) 234-1971) or email (ecf_information@msnd.uscourts.gov)). If multiple (or inconsistent) requests are received, the Court will schedule a hearing to determine how the proceeds should be distributed.

II. PROVIDING NOTICE TO DEFENDANTS

The Clerk shall serve a copy of this Order via U.S. mail on the Defendants to the following addresses provided by Plaintiff

>   Ricky D. Henderson
>   1646A Veterans Memorial Drive
>   Kosciusko, Mississippi 39090
>
>   The Citizens Bank of Philadelphia
>   775 North Jackson Street
>   Kosciusko, Mississippi 39090

2

Robert Thomas, Trustee
435 Center Avenue North
Philadelphia, Mississippi 39350

2. Should no person assert a claim to the deposited amount and accrued interest by September 1, 2025, the Clerk of Court is DIRECTED, pursuant to 28 U.S.C. § 2042, to take the administrative steps necessary to cause such money to be deposited in the Treasure in the name of and to the credit of the United States and to close this case.

SO ORDERED on the 19th day of September, 2024.

/s/Michael P. Mills
UNITED STATES DISTRICT JUDGE

120189465